FILED
 2012 May-03 PM 01:30
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RASBIAN M. WARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:11-cv-3789-AR-PWG |
| LEEPOSEY DANIELS and the ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is a habeas action filed pursuant to 28 U.S.C. § 2254 by Rasbian M. Ward, an Alabama state prisoner acting *pro se*. The magistrate judge has entered findings and a recommendation that the action is due to be dismissed as untimely filed under 28 U.S.C. § 2244(d)(1). (Doc. 14). Ward has now filed timely objections to the magistrate's recommendation. (Doc. 15).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's findings and recommendation and Ward's objections thereto, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Ward's objections are OVERRULED. Accordingly, Ward's § 2254 habeas petition is due to be DENIED, and this action is due to be DISMISSED WITH PREJUDICE. A separate final judgment will be entered.

DONE this the 3rd day of May, 2012.

                                                                                  _____
                                                                                  WILLIAM M. ACKER, JR.
                                                                                  UNITED STATES DISTRICT JUDGE